## COMMONWEALTH *vs.* THOMAS CAROLIN.

An indictment under Gen. Sts. *c.* 87, § 6, for keeping a tenement used for the illegal sale and illegal keeping of intoxicating liquors, is supported by proof of keeping a tenement used for either purpose.

INDICTMENT under Gen. Sts. *c.* 87, § 6, charging the defendant with keeping and maintaining a tenement "used for the illegal sale and illegal keeping of intoxicating liquors." At the trial in the superior court, *Brigham*, J. instructed the jury that, "if the evidence satisfied them that the defendant used the tenement kept by him either for the illegal keeping, that is to say, the keeping for illegal sale, or the illegal sale, of intoxicating liquors," they should find him guilty. The defendant was convicted, and alleged exceptions.

*N. St. J. Green*, for the defendant.

*Foster*, A. G., for the Commonwealth.

MERRICK, J. In the case of *Commonwealth* v. *Welsh*, 1 Allen, 1, it was held, upon an indictment like the present, that the conviction of the defendant was not warranted by proof that he kept the place named in it for the purpose of making illegal sales of intoxicating liquors; but that it would have been sufficient to support the indictment to prove that he kept and used the tenement either for the keeping for illegal sale, or for the illegal sale, of intoxicating liquors. The distinction is between merely keeping, and keeping and using, the tenement for the illegal purpose. The instructions to which the defendant excepted made it necessary to his conviction that the government should show both the keeping and the use of the tenement either for one or the other of the illegal purposes named in it. This was in conformity to the rule established by the decision in *Commonwealth* v. *Welsh*, and the exceptions therefore must be overruled.*

---

* A similar decision was made at the same term in COMMONWEALTH *vs.* WILLIAM HARRISON. *N. St. J. Green*, for the defendant.